UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Magistrate No. 20-16227 |
| JAMES JARRARD | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Rachael A. Honig, the Acting United States Attorney for the District of New Jersey, hereby dismisses Violation No. E 1072631 against defendant James Jarrard, which was filed on April 30, 2020 charging him with unlawfully possessing a dangerous weapon, namely a knife with a blade of more than 3 inches in length, in a Federal facility, for the reason that prosecution of defendant James Jarrard is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is pending the successful completion by defendant James Jarrard of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
Rachael A. Honig
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 3/25/21